UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 08-00261 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN MENEWEATHER | MAG. JUDGE KAREN L. HAYES |

## ORDER

The Government shall file its response brief to Defendant's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255 [Doc. No. 76] within thirty days of the date of this order.

MONROE, LOUISIANA, this 26th day of September, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE