UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 08-00261 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN MENEWEATHER | MAG. JUDGE KAREN L. HAYES |

ORDER

For the reasons set forth in the Court's Ruling,

IT IS ORDERED that Petitioner John Meneweather's Motion to Vacate, Set Aside, or Correct Sentence [Doc. No. 76], pursuant to 28 U.S.C. § 2255, is DENIED.

MONROE, LOUISIANA, this 31st day of October, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE