RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/5/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 08-00261 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN MENEWEATHER | MAG. JUDGE KAREN L. HAYES |

## ORDER

Upon consideration,

IT IS ORDERED that Petitioner John Meneweather's Motion for Summary Judgment [Doc. No. 82] is DENIED as MOOT. To the extent that Petitioner contends that he is entitled to a default judgment, he is incorrect. The Government timely filed its brief [Doc. No. 79] on October 23, 2012. Additionally, on October 31, 2012, the Court denied Petitioner's Motion to Vacate, Set Aside, or Correct Sentence [Doc. No. 76], pursuant to 28 U.S.C. § 2255, for the reasons stated in the Court's Ruling. *See* [Doc. Nos. 80 & 81].

MONROE, LOUISIANA, this 5th day of November, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE