UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 08-00261 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN MENEWEATHER | MAG. JUDGE KAREN L. HAYES |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that the certificate of appealability is DENIED as to Petitioner's first four claims because he has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling on these claims. The Court further finds that a certificate of appealability is DENIED on Petitioner's fifth claim because he has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 7th day of November, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE